[No. 51359-1-I.   Division One.   January 5, 2004.]

LORENA B. ANICA, *Appellant*, v. WAL-MART STORES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-16190-3, Ronald Kessler, J., entered September 24, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker, C.J., and Kennedy, J. Now published at 120 Wn. App. 481.

[No. 51540-3-I.   Division One.   January 5, 2004.]

CLAUDIA "PIXIE" JULIAN, *Appellant*, v. SERVICE CORPORATION INTERNATIONAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-18627-2, Sharon S. Armstrong, J., entered June 14, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 51970-1-I.   Division One.   January 5, 2004.]

TIMOTHY L. MURPHY, *Appellant*, v. ROBERT B. BETTIS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-09782-2, Richard J. Thorpe, J., entered February 11, 2003. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Kennedy, JJ.

[No. 20502-9-III.   Division Three.   January 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK ANTHONY MAGULA, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 01-1-50007-3, Craig J. Matheson, J., entered May 31, 2001. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.